UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CEZARY MICHAEL LACHOWSKI,

               Plaintiffs,

v.                                   **ORDER OF DISMISSAL**

CITY OF YONKERS, et al.         22-CV-08497 (PMH)

               Defendants.
-----------------------------------------------------------x

       On October 5, 2022, Plaintiff Cezary Lachowski commenced the instant action against the City of Yonkers and eight other Defendants. Since then, there has been no subsequent action in this case. Indeed, Plaintiff has not sought the issuance of summonses.

       On January 11, 2023, the Court issued an Order warning Plaintiff that this action would be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m), unless, on or before January 18, 2023, Plaintiff filed proof of service indicating that Defendants were served on or before January 5, 2023 or showed cause in writing for his failure to comply with Rule 4(m). (Doc. 2).

       To date, Plaintiff has failed to respond to the Court's January 11, 2023 Order. Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

       The Clerk of Court is instructed to close this case.

                             **SO ORDERED:**

Dated: White Plains, New York
          February 2, 2023

                              _____
                              Philip M. Halpern
                              United States District Judge